IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2018 G-CTT, <br><br> Plaintiff, <br><br> v. <br><br> STEFFONE FOWLER AND JESSICA L. FOWLER, INDIVIDUALLY AND AS NEXT-FRIEND FOR A.F., <br><br> Defendants. | § § § § § § § § § § § § § § § <br><br> Civil Action No. 5:21-cv-00407-JKP-HJB |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT JESSICA L. FOWLER, INDIVIDUALLY AND AS NEXT FRIEND FOR MINOR A.F.**

Plaintiff for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2018 G-CTT ("U.S. Bank" or "Plaintiff") filed this *Notice of Voluntary Dismissal as to Defendant Jessica L. Fowler, individually and as Next Friend for Minor A.F.* ("Notice") pursuant to Rule 41 of the Federal Rules of Civil Procedure, and shows the Court as follows:

1. On April 20, 2021, U.S. Bank filed its *Original Complaint* ("Complaint") against Defendant Jessica L. Fowler, individually and as a Next Friend for Minor A.F. ("Defendant") to obtain an order authorizing foreclosure of Plaintiff's security interest on the real property located at 532 Wagon Wheel Way, Cibolo, Texas 78108. (ECF No. 1.)

2. Defendant was served on April 30, 2021. (ECF No. 7.) Defendant have not answered or otherwise appeared in this action yet.

3.      Plaintiff no longer wishes to pursue this claim for judicial foreclosure against Defendant. Accordingly, it files this Notice, pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure. Plaintiff files this Notice before Defendant filed an answer or motion for summary judgment. As such, Plaintiff voluntarily dismisses the claims it has asserted herein against Defendant without prejudice to the re-filing of the same.

4.      Plaintiff's claims are the only claims pending in this case, so dismissal will dispose of all parties and all claims, and the Defendant will not be prejudiced. This dismissal will not act to abandon Plaintiff's acceleration of the subject mortgage loan notified on April 15, 2021.

**PRAYER**

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests the Plaintiff's claims against Defendant Jessica L. Fowler, individually and as next friend for minor A.F., be dismissed without prejudice, that no prejudice attach to such dismissal, that this dismissal will not act to abandon Plaintiff's acceleration of the subject mortgage loan and that Plaintiff be awarded all other relief to which Plaintiff may be entitled.

Respectfully submitted,

By: */s/ Vivian N. Lopez*
**MARK D. CRONENWETT**
Texas Bar No. 00787303
mcronenwett@mwzmlaw.com

**VIVIAN N. LOPEZ**
Texas Bar. No. 20818-PR
vlopez@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P. C.**
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254
Telephone: 214-635-2650
Facsimile: 214-635-2686

**ATTORNEYS FOR PLAINTIFF**